IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31258
Summary Calendar

_____

ROBERT KINCADE,

Plaintiff-Appellant,

versus

CITY OF WEST MONROE ET AL.,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Western District of Louisiana
(93-CV-1976)

_____

July 25, 1996

Before GARWOOD, WIENER and PARKER, Circuit Judges.[*]

PER CURIAM:

Robert Kincade appeals the district court's dismissal of his civil rights complaint following a bench trial. Kincade argues that the district court refused to admit relevant evidence and ignored other evidence, causing the court to conclude erroneously that the defendants did not violate Kincade's civil rights. We

_____

[*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

have reviewed the record and the briefs and AFFIRM the dismissal of Kincade's complaint. The findings of fact set forth by the district court are not clearly erroneous. *See Kincade v. City of West Monroe et al.*, No. 3:93:1976 (W.D. La. Nov. 16, 1995). No reversible error is shown as to evidentiary rulings.

AFFIRMED

2